Orders.

February 24, 1998

*Further appellate review denied:*

COMMONWEALTH *vs.* SALAH ABOULAZ. Reported below: 44 Mass. App. Ct. 144 (1998).

COMMONWEALTH *vs.* JOSEPH A. DECICCO. Reported below: 44 Mass. App. Ct. 111 (1998).

COMMONWEALTH *vs.* LUIS SIERRA. Reported below: 44 Mass. App. Ct. 1108 (1998).

COMMONWEALTH *vs.* JOSE O. SOLIVAN. Reported below: 44 Mass. App. Ct. 1107 (1997).

JOSEPH F. LABRIOLA *vs.* COMMISSIONER OF CORRECTION & others. Reported below: 44 Mass. App. Ct. 1103 (1997).

NANCY WHALEN VIOLA & others *vs.* MILLBANK II ASSOCIATES & others. Reported below: 44 Mass. App. Ct. 82 (1997).

March 27, 1998

*Further appellate review denied:*

ADOPTION OF HARVEY. Reported below: 44 Mass. App. Ct. 1110 (1998).

ADOPTION OF JAVIER & others. Reported below: 44 Mass. App. Ct. 1111 (1998).

ADOPTION OF KEVIN. Reported below: 44 Mass. App. Ct. 1111 (1998).

AETNA CASUALTY AND SURETY COMPANY *vs.* THE HOME INSURANCE COMPANY & another. Reported below: 44 Mass. App. Ct. 218 (1998).

JOHN BARBARO & others *vs.* JOHN T. WROBLEWSKI & another. Reported below: 44 Mass. App. Ct. 269 (1998).

COMMONWEALTH *vs.* RAFAEL BERRAYARSA. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH *vs.* DARRELL J. BOMPASTORE. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH *vs.* TYRONE BROWN (and two companion cases). Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* RAFAEL CEPEDA. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* WILSON CLAY. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* CRAIG C., a juvenile. Reported below: 44 Mass. App. Ct. 209 (1998).

COMMONWEALTH *vs.* CHARLES C. DELANEY, THIRD. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH *vs.* DAVID P. DOUCIMO. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* COLEMAN GORDON. Reported below: 44 Mass. App. Ct. 233 (1998).

COMMONWEALTH *vs.* KARL A. GRAY. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* JOHN R. GREENE, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* DANIEL HEISKALA. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* ALBERTO F. HEREDIA. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* SHERRON A. KELSEY. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* LARRY KILPATRICK. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* EROY KINDELL. Reported below: 44 Mass. App. Ct. 200 (1998).

COMMONWEALTH *vs.* ANGEL LOPEZ. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* JOSE JUAN MACIERA. Reported below: 44 Mass. App. Ct. 1111 (1998).

Orders.

COMMONWEALTH vs. JOSEPH MATHER. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH vs. JOHN M. McCAMBRIDGE. Reported below: 44 Mass. App. Ct. 285 (1998).

COMMONWEALTH vs. NIGEL N., a juvenile. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH vs. EDWIN OLIVENCIA. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. NELSON PEREZ. Reported below: 44 Mass. App. Ct. 911 (1998).

COMMONWEALTH vs. RASHID PIGOTT. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. DONALD A. PILKINGTON, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. TONY QUINONES. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. HERIBERTO RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. RACHEL RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. ANGEL RODRIQUEZ. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. JULIO I. ROSARIO. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. SHI MING HO. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH vs. ADRIEL STILLWELL. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. DOMENIC STRAZZULLA. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH vs. WILLIE L. WALLACE. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. ANDRE WHITE. Reported below: 44 Mass. App. Ct. 168 (1998).

COMMONWEALTH vs. RODERICK WILLIAMS. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. CHARLES L. WORCESTER. Reported below: 44 Mass. App. Ct. 258 (1998).

BRUCE C. FOUCAR & others vs. CHELMSFORD WATER DISTRICT & others. Reported below: 44 Mass. App. Ct. 1112 (1998).

JEAN M. HOLLAND vs. UNITED STATES. Reported below: 44 Mass. App. Ct. 280 (1998).

CATHERINE LAMANTEA vs. CITY OF CAMBRIDGE. Reported below: 44 Mass. App. Ct. 1112 (1998).

DAVID E. MILLS vs. CONTINENTAL TRANSPORTATION NETWORK, INC., & another. Reported below: 44 Mass. App. Ct. 916 (1998).

THOMAS S. TEMPLEMAN vs. KRISTINE H. TEMPLEMAN. Reported below: 44 Mass. App. Ct. 1113 (1998).


March 31, 1998

*Further appellate review granted:*

COMMONWEALTH vs. MICHAEL J. SIMPSON. Reported below: 44 Mass. App. Ct. 154 (1998).

*Further appellate review denied:*

ADOPTION OF IRIS. Reported below: 43 Mass. App. Ct. 95 (1997).

AMERICAN UNIVERSAL INSURANCE GROUP vs. OLDION LUZI & another; GINA M. COLELLA, intervener. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH vs. GEOFFREY BELLE ISLE. Reported below: 44 Mass. App. Ct. 226 (1998).

COMMONWEALTH vs. STEPHEN M. DIRENZO (and a companion case). Reported below: 44 Mass. App. Ct. 95 (1997).